AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

FIVE D. FARMS, L.L.C.,

          Plaintiff,

          v.

JEREMY VAN WHYE and JANE DOE VAN WHYE, husband and wife and their marital Community thereof, et al.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5026-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of the Plaintiff and against all Defendants jointly and severally as follows:

1) Principal amount of $90,363.00;
2) Prejudgment interest at the rate of 12% per annum is awarded on the principal amount of $90,363.00 from August 21, 2009 to the date of entry of Judgment;
3) Costs in the amount of $350.00; and
5) Post-judgment interest on the principal amount of $90,363.00 and $350.00 in costs shall accrue at the rate specified in 28 U.S.C. Section 1961.

| | |
|---|---|
| September 29, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |